IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:                                          )
CHARLES & LATIA BALLARD,        ) CHAPTER 13 NO. 15-10040-SDB
    DEBTORS                             )

### MOTION TO ALLOW LATE CLAIM OF LAND HOME FINANCIAL

COMES NOW the Debtors, CHARLES & LATIA BALLARD, by and through counsel and files this Motion to Allow Late Claim of Land Home Financial. In support of said Motion, Debtors show the Court the following:

1. Debtors filed Bankruptcy in the United States Bankruptcy Court, Southern District of Georgia; Augusta Division on January 9, 2015.

2. Prior to the filing of said bankruptcy, Debtors incurred a debt with Land Home Financial located at P.O. Box 5037, Concord, CA 94524 for Debtors' second mortgage.

3. Land Home Financial is listed as a secured creditor in schedule D with an amount owing of $31,499.93.

4. The deadline to file proof of claim was May 11, 2015. Land Home Financial failed to file their claim in a timely manner.

5. Debtors' case was confirmed with direct pay to Land Home Financial with no arrearage amount.

THEREFORE, the Debtor moves the Court to allow this Proof of Claim of Land Home Financial, designated as Claim #7, in the amount of $31,499.93 to be paid pursuant to the terms of Debtors' Confirmed plan.

This 21st day of August, 2015.

/s/ Angela McElroy-Magruder
Angela McElroy-Magruder
Attorney for Debtors
GA Bar No. 113625

CLAEYS MCELROY-MAGRUDER & KITCHENS
512 Telfair Street
Augusta, GA 30901
(706)724-6000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| CHARLES & LATIA BALLARD, | ) CHAPTER 13 |
| DEBTORS | ) CASE NO. 15-10040-SDB |

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Motion to Allow Late Claim by placing same in the United States Mail with proper postage affixed thereon to insure delivery, addressed as follows:

Land Home Financial
Attn: Servicing Agent/Officer
P.O. Box 5037
Concord, CA 94524

Chapter 13 Trustee
Post Office Box 2127
Augusta, GA   30903

This 21st day of August, 2015.

/s/ Angela McElroy-Magruder
Angela McElroy Magruder
Georgia Bar #113625

CLAEYS MCELROY-MAGRUDER & KITCHENS
512 Telfair Street
Augusta, GA 30901
706-724-6000